# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO P. GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE, *et al.*,<br>Defendants, | 1:12-cv-0397 AWI-BAM<br><br>**ORDER REASSIGNING CASE TO MAGISTRATE JUDGE JENNIFER L. THURSTON**<br><br>**New Case number : 12-cv-0397 AWI JLT**<br><br>**SCHEDULING CONFERENCE:**<br>New Date: June 28, 2012<br>New Time: 10:00am<br>New Location: Bakersfield, CA |

Plaintiff filed a complaint in Kern County Superior Court on February 6, 2012 alleging wrongful foreclosure by Defendants. (Doc. 1). Defendants removed the action to this court on March 15, 2012. (Doc. 1). A review of the complaint reveals that the property at issue in the complaint is located in Bakersfield, California. Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield, California. The Clerk of the Court is directed to transfer and reassign this action to the Honorable Jennifer L. Thurston. *See*, 28 U.S.C. § 1391(b). The new case number shall be included on all future pleadings and is as follows :

**12-cv-0397 AWI JLT**

////

IT IS FURTHERED ORDERED that the Initial Scheduling Conference (Doc. 3) set before the Honorable Barbara A. McAuliffe on May 30, 2012 at 9:30 am in Fresno is RESET to June 28, 2012 at 10:00 am before Judge Thurston (JLT) in Bakersfield, at 510 19th Street, Bakersfield, CA 93301. Counsel may contact Judge Thurston's chambers at (661) 326-6620 to arrange telephonic appearances.

The parties will be expected to comply with the requirements for the Joint Scheduling Report set forth in the court's initial Order Setting Mandatory Scheduling Conference (Doc. 3). The Joint Scheduling Report should be e-mailed to jltorders@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:** **March 28, 2012** /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE