**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERGIO P. GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION, et al.,<br><br>　　　　　Defendants.<br>_____ | NO. 1:12-CV-00397 AWI BAM<br><br>ORDER VACATING HEARING<br>DATE OF APRIL 30, 2012, AND<br>TAKING MATTERS UNDER<br>SUBMISSION |

　　　　Defendants have noticed for hearing and decision a motion for assessment of costs against Plaintiff and for a stay of proceedings pending payment and a motion to dismiss the complaint. The matters were scheduled for hearing to be held on April 30, 2012. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than April 16, 2012. Plaintiff failed to do so.

　　　　Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The court has reviewed Defendants' motions and the applicable law, and has determined that the motions are suitable for decision without oral argument. See Local Rule 230(g).

///

///

///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 30, 2012, is VACATED, and no party shall appear at that time. As of April 30, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 25, 2012

                                             CHIEF UNITED STATES DISTRICT JUDGE